UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARGARET HANSEN, o/b/o S.M.N.,
a minor child,

                    Plaintiff,

v.

CAROLYN W. COLVIN, Acting,
Commissioner of Social
Security,[1]

                    Defendant.

No.  CV-11-0438-CI

ORDER GRANTING STIPULATED
MOTION TO REMAND PURSUANT TO
SENTENCE FOUR OF 42 U.S.C.
§ 405(g)

     BEFORE THE COURT is the parties' Stipulated Motion to Remand
the above-captioned matter to the Commissioner for additional
administrative proceedings pursuant to sentence four of 42 U.S.C.
§ 405(g).   ECF No. 16.   Attorney Maureen J. Rosette represents
Plaintiff; Special Assistant United States Attorney Jeffrey R.
McClain represents Defendant.   The parties have consented to proceed
before a magistrate judge. ECF No. 12. After considering the file,
and proposed order,

     **IT IS ORDERED:**

_____

     [1]   Carolyn W. Colvin became the Acting Commissioner of Social
Security on February 14, 2013.   Pursuant to FED. R. CIV. P. 25(d),
Carolyn W. Colvin is substituted for Michael J. Astrue as the
Defendant in this suit.   No further action need be taken to continue
this suit.   42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1.    The parties' Stipulated Motion to Remand, **ECF No. 16,** is **GRANTED**.   The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   On remand, the administrative law judge will evaluate the opinion of Dan Stoop, M.D., and provide rationale for either accepting or rejecting this treating source opinion; further evaluate the claimant's impairments; if warranted, obtain medical expert testimony; and further evaluate each of the six functional domains.

2.    Judgment shall be entered for the **PLAINTIFF**.

3.    Plaintiff's Motion for Summary Judgment, **ECF No. 14,** is stricken as moot.

4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED April 16, 2013.


            S/ CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2