UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET HANSEN, o/b/o S.M.N., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>Defendant. | No.  CV-11-0438-CI<br><br>JUDGMENT IN A CIVIL CASE |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

DATED:  April 16, 2013

                        SEAN F. McAVOY
                        Clerk of Court

                        By: *s/Pam Howard*
                             Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**